UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TAMAR CHAMBERS and SHERIKA GORDON,       Docket No.: 16-cv-06052
proposed co-guardians for property management and
personal needs of GRACELINE JOHNSON, an alleged    **NOTICE OF APPEARANCE**
incapacitated person,

               Plaintiffs,

   - against –

PFIZER, INC.,
             Defendant.
-----------------------------------------------------------------X

**TO:** The Clerk of the Court and all parties of record.

    **PLEASE TAKE NOTICE**, that I, MICHAEL C. O'MALLEY, ESQ, am admitted to

practice in this Court and I appear in the above-captioned action as Counsel and attorneys for

plaintiffs, Tamar Chambers and Sherika Gordon, proposed co-guardians for property

management and personal needs of Graceline Johnson, an alleged incapacitated person.

    **PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges,

disclosures, etc., and all correspondence relating to this action must also be served upon DELL &

DEAN, PLLC.

Dated: Garden City, NY
      February 3, 2017

               Yours, etc.

               Joseph G. Dell, Esq.(JD-7315)
               Michael C. O'Malley (MO-0317)
               DELL & DEAN, PLLC
               Attorney for Plaintiffs
               Tamar Chambers and Sherika Gordon, proposed co-
               guardians for property management and personal
               needs of Graceline Johnson, an alleged
               incapacitated person

1225 Franklin Avenue
Suite 450
Garden City, NY 11530
(516) 880-9700

TO:   Brian Laurence Bank
      David Richman
      Jacqueline Mecchella Bushwack
      RIVKIN RADLER, LLP
      *Attorney for Defendant(s)*
      Sandoz, Inc.
      926 RXR Plaza
      Uniondale, NY 11556
      Telephone: (516) 357-3000
      Facsimile (516) 357-3333
      Email: brian.bank@rivkin.com
            David.richman@rivkin.com
            Jacqueline.bushwack@rivkin.com

      Christiana Jacxsens
      Lori G. Cohen
      GREENBERG TRAURIG, LLP
      *Attorney for Defendant(s)*
      Pro Hac Vice
      Q3333 Piedmont Road, NE, Suite 2500
      Atlanta, GA 30305
      Telephone: (678) 553-2100
      Facsimile (678) 553-2212
      Email: jacxsensc@gtlaw.com
            cohenl@gtlaw.com

2